96 F.3d 653
 153 L.R.R.M. (BNA) 2384
 UNITED STATES of America, Plaintiff-Appellee,
v.
INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS,
WAREHOUSEMEN AND HELPERS OF AMERICA, AFL-CIO; The
Commission of La Cosa Nostra; Matthew Ianniello, also known
as Matty the Horse; Anthony Provenzano, also known as Tony
Pro; Nunzio Provenzano, also known as Nunzi Pro; Anthony
Corallo, also know as Tony Ducks; Salvatore Santoro, also
known as Tom Mix; Christopher Furnari, Sr., also known as
Christie Tick; Frank Manzo; Carmine Persico, also known as
Junior, also known as The Snake; Gennaro Langella, also
known as Gerry Lang; Philip Rastelli, also known as Rusty;
Nicholas Marangello, also known as Nicky Glasses; Joseph
Massino, also known as Joey Messina; Anthony Ficarotta,
also known as Figgy; Eugene Boffa, Sr.; Francis
Sheeran; Milton Rockman, also known as Maishe; John
Tronolone, also known as Peanuts; Joseph John Aiuppa, also
know as Joey O'Brien, also known as Joe Doves; John Phillip
Cerone, also known as Jackie the Lackie, also known as
Jackie Cerone; Joseph Lombardo, also known as Joey the
Clown; Angelo Lapietra, also known as The Nutcracker;
Frank Balistrieri, also known as Mr. B; Carl Angelo DeLuna,
also known as Toughy; Carl Civella, also known as Corky;
Anthony Thomas Civella, also known as Tony Ripe; General
Executive Board International Brotherhood of Teamsters,
Chauffeurs, Warehousemen and Helpers of America; Jackie
Presser, General President; Weldon Mathis, General
Secretary-Treasurer; Joseph Trerotola, also known as Joe T,
First Vice President; Robert Holmes, Sr., Second Vice
President; William J. McCarthy, Third Vice President;
Joseph W. Morgan, Fourth Vice President; Edward M. Lawson,
Fifth Vice President; Arnold Weinmeister, Sixth Vice
President; Joseph John Aiuppa, also known as Joey Aiuppa;
John H. Cleveland, Seventh Vice President; Maurice R.
Schurr, Eighth Vice President; Donald Peters, Ninth Vice
President; Walter J. Shea, Tenth Vice President; Harold
Friedman, Eleventh Vice President; Jack D. Cox, Twelfth
Vice President; Don L. West, Thirteenth Vice President;
Michael J. Riley, Fourteenth Vice President; Theodore
Cozza, Fifteenth Vice President; Daniel Ligurotis,
Sixteenth Vice President; Salvatore Provenzano, also known
as Sammy Pro, Former Vice President, Anthony Salerno, Defendants,
Erbacci, Cerone & Moriarty, Ltd., Anthony G. Erbacci and
Jack P. Cerone, Individually and d/b/a Marble
Insurance, Respondents-Appellants.
 No. 203, Docket 96-6034.
 United States Court of Appeals,
Second Circuit.
 Submitted Sept. 17, 1996.
Decided Sept. 26, 1996.
 
 Appeal from an order of the United States District Court for the Southern District of New York (David N. Edelstein, Judge), enjoining plaintiffs-appellants from proceeding with their litigation in any other court or forum.
 Aldo E. Botti, Ronald D. Menna, Botti, Marinaccio & De Longis, Ltd., Oak Brook, IL, for Respondents-Appellants.
 Mary Jo White, United States Attorney for the S.D. of New York, New York City, Beth E. Goldman, Steven M. Haber, Assistant United States Attorneys, for Plaintiff-Appellee.
 Before: LUMBARD, MESKILL, and WINTER, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons stated in the district court's opinion. See United States v. Int'l. Bhd. of Teamsters, 911 F.Supp. 743 (S.D.N.Y.1996).